KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
ASHOK RAMANI - # 200020
aramani@kvn.com
MICHELLE YBARRA - # 260697
mybarra@kvn.com
DAVID W. RIZK - # 284376
drizk@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant LINKEDIN CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BASCOM RESEARCH, LLC, a Virginia limited liability company,<br><br>            Plaintiff,<br><br>     v.<br><br>LINKEDIN CORPORATION, a Delaware corporation,<br><br>            Defendant. | Case No. C-12-06294 DMR<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:      Hon. Donna M. Ryu<br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, Robert Van Nest hereby enters his appearance as attorney of record for defendant LINKEDIN CORPORATION in the above-captioned matter. Mr. Van Nest respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him.

Dated: January 11, 2013                              KEKER & VAN NEST LLP

By:  */s/ Robert A. Van Nest*
ROBERT A. VAN NEST
DAVID SILBERT
ASHOK RAMANI
MICHELLE YBARRA
DAVID W. RIZK

Attorneys for Defendant
LINKEDIN CORP.