KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHELLE YBARRA - #260697
mybarra@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant LINKEDIN CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BASCOM RESEARCH, LLC, a Virginia limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LINKEDIN CORPORATION, a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. 12-cv-06294 SI<br><br>~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE MOTION TO MAINTAIN COORDINATED SCHEDULE FOR RELATED CASES<br><br>Judge:　　Honorable Susan Illston<br><br>Date Filed: October 3, 2012<br><br>Trial Date: None Set |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO MAINTAIN COORDINATED
SCHEDULE FOR RELATED CASES
Case No. 12-cv-06294 SI

754588.01

The Court ORDERS as follows:

FOR GOOD CAUSE SHOWN, the following deadlines in this case and the related case *Bascom Research, LLC v. Facebook, Inc.*, C.A. No. 12- cv-06293, are extended as follows:

| Event | New Deadline |
|---|---|
| Pat. L.R. 3-3 & 3-4. Invalidity Contentions & Accompanying Document Production | June 12, 2013 |
| Pat. L.R. 4-1. Exchange of Proposed Terms for Construction | June 26, 2013 |
| Pat. L.R. 4-2. Exchange of Preliminary Claim Constructions and Extrinsic Evidence | July 17, 2013 |
| Pat. L.R. 4-3. Joint Claim Construction and Prehearing Statement | August 11, 2013 |
| Pat. L.R. 4-4. Completion of Claim Construction Discovery | August 26, 2013 (to coincide with opening claim construction brief) |

**SO ORDERED.**

Dated: \_\_\_\_5/10\_\_\_\_, 2013

_____
SUSAN ILLSTON
United States District Judge

1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO MAINTAIN COORDINATED SCHEDULE FOR RELATED CASES
Case No. 12-cv-06294 SI

754588.01