1

RUSS AUGUST & KABAT LLP
MARC A. FENSTER - # 181067

2

mfenster@raklaw.com
BRIAN D. LEDAHL - # 186579

3

bledahl@raklaw.com
DORIAN S. BERGER - # 264424

4

dberger@raklaw.com
12424 Wilshire Boulevard, 12 Floor

5

Los Angeles, CA  90025
Telephone:     (310) 826-7474

6

Facsimile:      (650) 826-6991

7

Attorneys for Plaintiff
BASCOM RESEARCH LLC

8

9

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com

10

DAVID SILBERT - # 173128
dsilbert@kvn.com

11

ASHOK RAMANI - # 200020
aramani@kvn.com

12

633 Battery Street
San Francisco, CA  94111-1809

13

Telephone:    (415) 391 5400
Facsimile:     (415) 397 7188

14

15

Attorneys for Defendant
LINKEDIN CORP.

COOLEY LLP
HEIDI L. KEEFE - # 178960
hkeefe@cooley.com
MARK R. WEINSTEIN - # 193043
mweinstein@cooley.com
JEFFREY T. NORBERG - # 215087
jnorberg@cooley.com
ELIZABETH L. STAMESHKIN - # 260865
estameshkin@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

Attorneys for Defendant
FACEBOOK, INC.

16

17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

18

19

BASCOM RESEARCH, LLC, a Virginia
limited liability company,

20

Plaintiff,

21

v.

22

LINKEDIN CORPORATION, a Delaware
corporation,

23

Defendant.

24

25

26

27

28

Case No. 12-cv-06294 SI

**STIPULATION TO MODIFY PRE-*MARKMAN* CASE SCHEDULE**

Judge:       Honorable Susan Illston

Date Filed:  October 3, 2012

Trial Date:  None Set

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BASCOM RESEARCH, LLC, a Virginia limited liability company,

    Plaintiff,

  v.

FACEBOOK, INC., a Delaware corporation,

    Defendant.

Case No. 12-cv-06293 SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Case Management Conference conducted by the Court on December 13, 2013 and the Court's December 16, 2013 Minute Entry (Dkt. Nos. 100 and 125), Plaintiff Bascom Research, LLC, and Defendants Facebook, Inc. and LinkedIn Corp. respectfully submit this Stipulation, subject to the Court's approval, to modify the case schedule prior to *Markman* according to the dates discussed with the Court in view of the Tutorial having been rescheduled for March 5, 2014 and Claim Construction Hearing having been rescheduled for March 12, 2014. The following modified deadlines shall apply to the following events:

**1/8/14**   File Joint Claim Construction & Prehearing Statement (Pat. L.R. 4-3)

**1/31/14**   File Opening Brief on Claim Construction (Pat. L.R. 4-5(a))

**2/14/14**   File Responsive Brief on Claim Construction (Pat. L.R. 4-5(b))

**2/21/14**   File Reply Claim Construction Brief (Pat. L.R. 4.5(c))

Dated: December 17, 2013                    RUSS AUGUST & KABAT LLP

                                                    By:   */s/ Brian D. Ledahl*
                                                          MARC A. FENSTER
                                                          BRIAN D. LEDAHL
                                                          DORIAN S. BERGER

                                                          Attorneys for Plaintiff
                                                          BASCOM RESEARCH LLC

Dated: December 17, 2013                    KEKER & VAN NEST LLP

                                                    By:   */s/ David Silbert*
                                                          ROBERT A. VAN NEST
                                                          DAVID SILBERT
                                                          ASHOK RAMANI

                                                          Attorneys for Defendant
                                                          LINKEDIN CORP.

795140.01

1   Dated: December 17, 2013                    COOLEY LLP

2

3                                     By:    */s/ Heidi L. Keefe*
                                            HEIDI L. KEEFE
4                                           MARK R. WEINSTEIN
                                            JEFFREY T. NORBERG
5                                           BRIAN P. WIKNER
                                            ELIZABETH L. STAMESHKIN
6
                                            Attorneys for Defendant
7                                           FACEBOOK, INC.

8

9            PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11  Dated:  _____12/17/13_____    _____

12                                          The Hon. Susan Illston
                                            U.S. District Court Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2
STIPULATION TO MODIFY PRE-*MARKMAN* CASE SCHEDULE
Case Nos. 12-cv-06294 SI / 12-cv-06293 SI
795140.01